UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 10827
   ROBERT JOSEPH SCHMIDT
   PATRICIA ANN SCHMIDT                     CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER
           Debtor
   SSN XXX-XX-6844    SSN XXX-XX-4949
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/18/2007 and was not confirmed.

     The case was dismissed without confirmation 08/01/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FUTURE FINANCE | SECURED NOT I | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 3726.25 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 3597.98 | .00 | .00 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT-NEXTEL CORP | UNSECURED | 558.21 | .00 | .00 |
| NORTH SUBURBAN INTERNIST | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SUBURBAN CARDIOLOG | UNSECURED | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| S & J TOWING | UNSECURED | NOT FILED | .00 | .00 |
| PRO SE DEBTOR | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

              PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 07 B 10827 ROBERT JOSEPH SCHMIDT & PATRICIA ANN SCHMIDT

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 12/03/07                  _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```